UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| McGhee Charles, #60763-004, ) | C/A No.: 4:12-2542-RMG-TER |
| Plaintiff, ) | |
| vs. ) | |
| United States of America; ) | Order |
| Ms. M. L. Rivera; ) | |
| Mr. Bob Durant; ) | |
| Mr. H. Cooper; ) | |
| Mr. Q. Frazier; ) | |
| individually and in their official capacities, ) | |
| Defendants. ) | |

This matter is before the court upon Plaintiff's motion entitled "Motion for Discovery" filed March 26, 2013. (Doc. #46). Plaintiff attached a copy of the "Plaintiff's First Request for Production of Documents" to this motion dated March 20, 2013, along with a certificate of service certifying the motion and requests were also served upon Defendants' counsel on the same date. It appears Plaintiff is asking the court to order Defendants to respond to discovery requests. Generally, this court does not enter the discovery process, which is governed by the Federal Rules of Civil Procedure. See Rules 26 through 38, generally. Further, to the extent Plaintiff is intending this as a motion to compel discovery, Defendants have not had the required amount of time to respond to the discovery requests, and therefore, it is premature. It is, therefore, ORDERED that Plaintiff's "Motion for Discovery" is DENIED.

On March 26, 2013, Plaintiff filed a motion for extension of time to respond to Defendants' motion for summary judgment and the Roseboro Order until he receives his discovery requests that

were served on Defendants after the motion for summary judgment was filed. Plaintiff's motion (doc. # 45) is GRANTED to the extent the time to respond to the Defendants' motion for summary judgment pursuant to the <u>Roseboro</u> Order of February 27, 2013, is extended until May 13, 2013. If Plaintiff does not file said response to the motion for summary judgment, his case may be dismissed pursuant to Rule 41b of the Federal Rules of Civil Procedure for failure to prosecute.

    AND IT IS SO ORDERED.

                                              s/Thomas E. Rogers, III
                                             Thomas E. Rogers, III
April 5, 2013                                United States Magistrate Judge
Florence, South Carolina